OLIVIA ODELL, as Administratrix of the Estate of WILLIAM H. ODELL, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Odell* v. *N. Y. C. & H. R. R. R. Co.*, 113 App. Div. 906, affirmed. (Argued February 1, 1907; decided March 12, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Robert Wilkinson* for appellant.

*Robert H. Barnett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J. Not sitting: GRAY, J.